UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DAVID RONALD CHANDLER,<br><br>    Petitioner,<br><br>    v.<br><br>QUINTANA,<br><br>    Respondent. | No. CV 10-193-CAS (AGR)<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the Petition, the Magistrate Judge's Report and Recommendation, the Objections to the Report and Recommendation, and all records in the file. Having made a de novo determination, the Court agrees with the recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered granting Respondent's motion to dismiss and dismissing the petition without prejudice for lack of jurisdiction.

DATED: August 13, 2010

                                            CHRISTINA A. SNYDER
                                            United States District Judge