# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| DAVID RONALD CHANDLER, | ) | No. CV 10-193-CAS (AGR) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| QUINTANA, | ) | |
| Respondent(s). | ) | |

Pursuant to the Order Adopting Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that Respondent's motion to dismiss is granted and the petition is dismissed without prejudice for lack of jurisdiction.

DATED: August 13, 2010

_____
CHRISTINA A. SNYDER
United States District Judge